United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-31244 |
| ON TAVENOR LANE, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## SHOW CAUSE ORDER

The debtor filed this Chapter 11 case on March 4, 2025. In federal courts, it is well established that a corporation cannot proceed *pro se* and must be represented by counsel. The corporate debtor in this case is not currently represented by an attorney.

**THEREFORE, IT IS ORDERED** that an agent for On Tavenor Lane, LLC appear and show cause why this case should not be dismissed due to the corporate debtor's failure to be represented by an attorney. *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1982) (noting that while an individual has the right to proceed pro se, business entities such as limited liability companies - as fictional persons- have no such rights, and must be represented by licensed counsel).

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held at 11:00 a.m. on March 18, 2025, in Courtroom 403, 515 Rusk Street, Houston, Texas. Parties should reference the court's website[1] for remote connection instructions.

SIGNED 03/05/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] United States Bankruptcy Judge Jeffrey P. Norman | Southern District of Texas (uscourts.gov)